# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-229
LT Case No. 16-2022-CF-2019-AXXX

_____

ALEXANDER DAVID ROTHERMEL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Jessica J. Yeary, Public Defender, and Tyler Kemper Payne,
Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Heather Flanagan
Ross, Assistant Attorney General, Tallahassee, for Appellee.

January 9, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., MAKAR, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____